BEFORE THE FIRST DIVISION, FEBRUARY 8, 1951

**No. 55222.**—Sandoz Chemical Works, Inc. *v.* United States, protest 151655–K (New York).

**No. 55224.**—Sandoz Chemical Works, Inc. *v.* United States, protest 153114–K (New York).

Opinion by COLE, J.   In accordance with stipulation of counsel that the merchandise consists of ergobasine tartrate (basergin substance) the same in all material respects as the commodity passed upon in *Sandoz Chemical Works, Inc.* v. *United States* (25 Cust. Ct. 115, C. D. 1273), the claim of the plantiff was sustained.